

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**TERRY NAFISI**
District Court Executive
and Clerk of Court

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

October 7, 2011

Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Federal Judiciary Building, Room G-255
Washington, D.C. 20002

Re: MDL **2274**   In Re: **CITIMORTGAGE, INC, HOME AFFORDABLE**
District Court Case Number: **CV11- 8324 DSF (PLAx)**
Case Title: **DAVIDSON CALFEE, ET AL -VS- CITIMORTGAGE, INC.**

Dear Clerk of the Panel:

Please be advised the above-mentioned case:

☐ was transferred to the U.S. District Court _____ District of _____.
(A copy of the certified conditional transfer order and MDL Transfer-Out Letter are enclosed.)

☒ this district has requested the U.S. District Court District of Massachusetts
to transfer their case number 1:10-12051. We assigned the above referenced
case number to this file. (Copy of the conditional transfer order and MDL Trasfer-In letter are enclosed.)

☐ was remanded to the U.S. District Court _____ District of _____.
(Copy of the conditional transfer order and MDL Trasfer-Out letter are enclosed.)

☐ was closed on _____. (Copy of the closing order is enclosed.)

☐ was filed in this Court on _____ and may be a possible tag-along action. (Copy of the complaint and docket sheet are enclosed.)

Should you need an further information, please do not hesitate to contact us.

Sincerely,

Clerk, U.S. District Court

By: SBOURGEO
_____
Deputy Clerk

Enclosures as stated

---

CV-57 (09/08)                                MDL TRANSMITTAL LETTER



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive
and Clerk of Court

October 7, 2011

Clerk, United States District Court
District of Massachusetts

Re:  MDL  **2274**          In Re:  **CITIMORTGAGE, INC, HOME AFFORDABLE**

Transfer of your Civil Case No. 1:10-12051

Case Title:  **DAVIDSON CALFEE, ET AL -VS- CITIMORTGAGE, INC.**

Dear Sir/Madam:

An order having been made by the Judicial Panel on Multi-district Litigation transferring the above-numbered case to this district and assigning Judge Dale S. Fischer to preside over this litigation, we are transmitting herewith a certified copy of the conditional transfer order from the MDL Panel. We have assigned the following case number to this case: **CV11- 8324 DSF (PLAx)**
Please include reference to this case number when the case file is sent to this district.

Please electronically send the case file to       MDLClerk       @cacd.uscourts.gov.
We would appreciate receiving the case file as soon as possible. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By: ____SBOURGEO_____
Deputy Clerk

cc: All counsel on the attorney service list.
Clerk, MDL Panel

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Dale S. Fischer and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

```
CV11- 8324 DSF (PLAx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY



FILED
CLERK, U.S. DISTRICT COURT

10-07-11

CENTRAL DISTRICT OF CALIFORNIA
BY: SB          DEPUTY

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CITIMORTGAGE, INC., HOME AFFORDABLE
MODIFICATION PROGRAM (HAMP) CONTRACT
LITIGATION                                              MDL No. 2274

2:11-cv-08324-DSF -PLA
                                                        DSF-PLA
Davidson Calfee, et al. v. CitiMortgage, Inc.

TRANSFER ORDER

    **Before the Panel:**[*] Pursuant to 28 U.S.C. § 1407, defendant CitiMortgage, Inc. (Citi) moves to centralize this litigation in the Northern District of Illinois or the Eastern District of Missouri. This litigation currently consists of eight actions pending in six districts, as listed on Schedule A.[1] All responding parties agree that centralization is appropriate, but suggest centralization in the District of Massachusetts, the Central District of California, or the Eastern District of California. Citi considers the Central District of California the most appropriate transferee district if the Panel does not centralize these actions in a geographically central jurisdiction.

    On the basis of the papers filed and hearing session held, we find that these actions involve common questions of fact, and that centralization in the Central District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share factual questions arising out of allegations that Citi regularly fails to comply with the terms of the Home Affordable Modification Program (HAMP) and has breached contracts with the plaintiffs by failing to permanently modify plaintiffs' mortgages under HAMP. Centralization will eliminate duplicative discovery; prevent inconsistent pretrial rulings, including with respect to class certification; and conserve the resources of the parties, their counsel, and the judiciary. Centralization is also consistent with our decision in *In re Bank of Am. Home Affordable Modification Program (HAMP) Contract Litig.*, 746 F. Supp. 2d 1359 (J.P.M.L. 2010).

    We are persuaded that the Central District of California is the most appropriate transferee district. Four first-filed actions have been consolidated and are proceeding in that district before Judge Dale S. Fischer, an experienced transferee judge who is not currently presiding over an MDL. Moreover, defendant and some plaintiffs support centralization in this district.

---

    [*]    Judge W. Royal Furgeson, Jr. took no part in the decision of this matter.

    [1]    Two additional actions pending in the Southern District of Iowa and the Southern District of New York were originally included on the motion for centralization, but have since been dismissed.

I hereby attest and certify on 10-07-11 that the foregoing document is full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

-2-

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Central District of California are transferred to the Central District of California and, with the consent of that court, assigned to the Honorable Dale S. Fischer for coordinated or consolidated pretrial proceedings with the action pending there and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

Kathryn H. Vratil        Frank C. Damrell, Jr.
Barbara S. Jones         Paul J. Barbadoro
Marjorie O. Rendell

IN RE: CITIMORTGAGE, INC., HOME AFFORDABLE
MODIFICATION PROGRAM (HAMP) CONTRACT
LITIGATION                                                              MDL No. 2274

## SCHEDULE A

### Central District of California

Beverly King, et al. v. CitiMortgage, Inc., C.A. No. 2:10-03792

### Eastern District of California

Balbir Singh v. CitiMortgage, Inc., C.A. No. 2:11-00793   —   11-cv-8322 DSF (PLAx)

### Northern District of Illinois

Leslie Barry, et al. v. CitiMortgage, Inc., C.A. No. 1:11-02918 —  11-cv-8323 DSF (PLAx)

### District of Massachusetts

Davidson Calfee, et al. v. CitiMortgage, Inc., C.A. No. 1:10-12051 — 11-cv-8324 DSF (PLAx)

### District of New Jersey

Juan Silva, et al. v. CitiMortage, Inc., C.A. No. 2:11-01432 — 11-cv-8325 DSF (PLAx)
Jo Ann Gastineau v. CitiMortgage, Inc., C.A. No. 3:11-02773 — 11-cv-8326 DSF (PLAx)

### Eastern District of Pennsylvania

William T. Whiting v. CitiMortgage, Inc., C.A. No. 2:11-02318 — 11-cv-8327 DSF (PLAx)
David G. Derosa, et al. v. CitiMortgage, Inc., C.A. No. 2:11-02914  11-cv-8328 DSF (PLAx)